No. 01–5600.  TROIANO v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–5601.  WHITE v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 01–5602.  WELLS v. CHU.  C. A. 9th Cir.  Certiorari denied.

No. 01–5603.  ALLMOND v. GOTTLICK ET AL.  C. A. 3d Cir. Certiorari denied.

No. 01–5604.  BALLARD v. TRUE, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 01–5605.  CLARK v. LAMARQUE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–5608.  CHANDLER v. CITY OF ALBUQUERQUE POLICE DEPARTMENT.  C. A. 10th Cir.  Certiorari denied.

No. 01–5609.  DAVIS v. XEROX CO., INC.  C. A. 9th Cir.  Certiorari denied.

No. 01–5613.  GLADSTONE v. MERRILL LYNCH, PIERCE, FENNER & SMITH INC.  C. A. 11th Cir.  Certiorari denied.

No. 01–5616.  WRAY v. ROSS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–5618.  RICE v. TRIPPETT, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–5619.  STOKES v. DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–5622.  DEBRUCE v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 01–5629.  KONTAKIS v. MORTON ET AL.  C. A. 3d Cir. Certiorari denied.